IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH ANTONIO TAYLOR, | ) | No. C 13-1861 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| KAMALA D. HARRIS, et al., | ) | |
| Defendants. | ) | |

The Court has dismissed the instant action.  A judgment of dismissal is entered.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED:   7/13/13

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\CR.13\Taylor861jud.wpd