IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH ANTONIO TAYLOR, | ) | No. C 13-1861 LHK (PR) |
| Plaintiff, | ) ) | ORDER CERTIFYING THAT APPEAL IS NOT TAKEN IN |
| v. | ) ) | GOOD FAITH |
| KAMALA D. HARRIS, et al., | ) ) | |
| Defendants. | ) ) | |

This is a Section 1983 action brought by an inmate proceeding *pro se*. Plaintiff was granted leave to proceed in forma pauperis ("IFP"). On July 15, 2013, the Court dismissed Plaintiff's complaint because Plaintiff was not challenging the conditions of his confinement. Rather, Plaintiff had argued that his 1987 plea agreement was breached because he did not realize that the 1987 conviction could be used against him in a future conviction to enhance any future sentence. Because Plaintiff's allegation would have, if successful, implicated the fact or duration of his confinement, the Court dismissed this action without prejudice to Plaintiff's re-filing it as a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. On July 29, 2013, Plaintiff filed a notice of appeal. On August 5, 2013, the Ninth Circuit Court of Appeals referred this matter back to the undersigned for the limited purpose of determining whether Plaintiff's IFP status should continue on appeal, or whether the appeal is taken in bad faith.

Rule 24(a)(3) of the Federal Rules of Appellate Procedure provides that a party granted

1  leave to proceed IFP in district court may continue in that status on appeal unless the district
2  court certifies that the appeal is not taken in good faith.  Section 1915(a)(3) of Title 28 of the
3  United States Code similarly provides that an appeal may not be taken IFP if the trial court
4  certifies it is not taken in good faith.  "Not taken in good faith" means "frivolous."  *Ellis v.*
5  *United States*, 356 U.S. 674, 674-75 (1958); *Hooker v. American Airlines*, 302 F.3d 1091, 1092
6  (9th Cir. 2002) (order).

7       Because the Court's ruling was clearly correct, it is CERTIFIED that this appeal is
8  frivolous and therefore not taken in good faith.  Plaintiff's IFP status is hereby revoked.  The
9  Clerk shall notify Plaintiff forthwith and the Court of Appeal of this order.  *See* Fed. R. App. P.
10  24(a)(4).

11       IT IS SO ORDERED.
12  DATED:   8/5/13

*[signature: Lucy H. Koh]*

LUCY H. KOH
United States District Judge

Order Certifying that Appeal is Not Taken in Good Faith
G:\PRO-SE\LHK\CR.13\Taylor861ifpapp.wpd          2